**In re Folker LIEB, Hermann Hagemann, Arno Widdig, Michael Ruther, Reiner Fischer, Thomas Bretschneider, Christoph Erdelen, Ulrike Wachendorrf–Neumann, Peter Dahmen, Mar-**kus Dollinger, Hans–Joachim Santel, Alan Graff, Wolfram Andersch, Norbert Mencke, and Andreas Turberg (Real Party in Interest Bayer AG).

No. 2011–1076.

United States Court of Appeals, Federal Circuit.

June 9, 2011.

Mark D. Marin, Norris McLaughlin & Marcus, P.A., of New York, NY, argued for appellant.

Farheena Y. Rasheed, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were Raymond T. Chen, Solicitor and Janet A. Gongola, Associate Solicitor.

BRYSON, LINN, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.